1  JAMES BUSTAMANTE, SBN 133675
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone 415/394-3800
3  Fax       415/394-3806

4  Attorney for Defendant
   KURT MARVIN KLINGER

FILED
SEP 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KURT MARVIN KLINGER,

    Defendant.

No. CR 05-315 OWW

ORDER EXONERATING BAIL

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that bail is exonerated in this matter, and the Clerk of the Court is ordered to reconvey the following real property posted as security for bail herein in the amount of $400,000 on October 5, 2005, as Document 20050134597 in the Recorder's Office of Placer County, California:

    Owner:   Michelle R. Simpson
    Address: Newcastle Road, Newcastle CA 95658
    APN:     042-193-010

Dated: 9-10-07

OLIVER W. WANGER, Judge
United States District Court