FILED

JUL 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KURT MARVIN KLINGER,

        Defendant.

_____/

CR 05-00315-06 OWW

ORDER FOR RETURN OF DEFENDANT'S PASSPORT

    Upon the ex parte request of defendant Kurt Marvin Klinger and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Clerk of the United States District Court for the Eastern District of California return defendant Kurt Klinger's passport to him or to his attorneys in this case.

Dated: 7-12-08

                              _____
                              OLIVER W. WANGER, Judge
                              United States District Court