UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

KURT MARVIN KLINGER,

   Defendant.

No. 1:05-CR-00315-OWW-6

ORDER TERMINATING DEFENDANT KURT KLINGER'S PROBATION <u>PRIOR TO EXPIRATION DATE</u>

  Upon the defendant Kurt Klinger's Ex Parte Request to Terminate Probation Prior to Expiration Date, and good cause appearing therefor,

  IT IS HEREBY ORDERED that defendant's application be granted, including, that he be discharged from probation forthwith and that the proceedings in the case be terminated.

  IT IS SO ORDERED.

**Dated:  September 23, 2008**     /s/ Oliver W. Wanger
                UNITED STATES DISTRICT JUDGE